# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SOUND INCOME STRATEGIES, LLC, ARBOR FINANCIAL SERVICES OF FLORIDA, INC.,** and **R. JEFFREY SMALL,**
Appellants/Cross-Appellees,

v.

**KENNETH YANDOW,**
Appellee/Cross-Appellant.

No. 4D21-269

[September 2, 2021]

Appeal and cross-appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE20-010553.

Lloyd R. Schwed of Schwed Kahle & Kress, P.A., Palm Beach Gardens, for appellants/cross-appellees.

Evan H. Frederick of Morgan & Morgan, West Palm Beach, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***